UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS' TRUST, et al.,

    Plaintiffs,

v.

ADRIAN LARA,

    Defendant/Judgment Debtor,

and

NORTH CASCADES BANK,

    Garnishee.

Cause No. MC21-0106RSL

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT

    This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for a continuing lien on the earnings of Judgment Debtor Adrian Lara. The underlying judgment in this matter was for $17,055.16, with post-judgment interest accruing at the rate of 0.06% per annum. Dkt. # 1-1. Plaintiffs inexplicably seek to garnish an additional $5,027.86 in "Taxable Costs and Attorney's Fees" plus $490.56 in "Estimated Garnishment Costs" (which are made up of the costs and attorney's fees association with this garnishment action). Dkt. # 1-3 at 2. Absent some justification for the excessive and duplicative fees and costs demanded, the Court declines to issue the proposed writ.

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT - 1

Dated this 13th day of October, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT - 2