UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMPLOYEE PAINTERS' TRUST, *et al.*,

　　　　　Plaintiffs,

　　v.

ADRIAN LARA,

　　　　　Defendant/Judgment Debtor,

　　and

NORTH CASCADES BANK,

　　　　　Garnishee.

Cause No. MC21-0106RSL

ORDER DECLINING TO ISSUE WRIT OF GARNISHMENT

　　This matter comes before the Court on plaintiffs' second "Application for Writ of Garnishment" for a continuing lien on the earnings of Judgment Debtor Adrian Lara. The underlying judgment in this matter was for $17,055.16, with post-judgment interest accruing at the rate of 0.06% per annum. Dkt. # 1-1. Plaintiffs seek to garnish an additional $5,027.86 in "Taxable Costs and Attorney's Fees" that have been incurred since the entry of judgment. *See* Dkt. # 3-2 at 3-4 ("The added fees and costs stem from having multiple discussions with the employer on settlement and from an in-person Judgment Debtor Examination."). While plaintiffs may have a contractual claim to these fees and costs, they are not part of the underlying judgment, have not been awarded by any court, and cannot simply be added to defendant's debt

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT - 1

in this proceeding. The fees and costs recoverable here are those incurred in drafting, filing, and serving the writ of garnishment. The Court again declines to issue the proposed writ.

Dated this 27th day of October, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT - 2